

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:08cr20WHB-LRA

LEROY K. MANUEL

## AGREED PRELIMINARY ORDER OF FORFEITURE

PURSUANT to a separate Memorandum of Understanding between the defendant, **LEROY K. MANUEL**, by and with the consent of his attorney, and the UNITED STATES OF AMERICA (hereafter "the Government"), the Court finds as follows:

1. The defendant is fully aware of the consequences of his having agreed to forfeit to the Government his interest in the property described below, having been apprised of such by his attorney and by this Court; and he has freely and voluntarily, with knowledge of such consequences, entered into said Memorandum of Understanding with the Government to forfeit such property.

2. The defendant acknowledges that he possessed the property described below in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), as set forth in Count 1 of the Indictment (possession of a firearm while being a prior convicted felon), a crime punishable by more than one year's imprisonment. Said property was therefore involved in or used in a knowing violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), and is therefore subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

IT IS, THEREFORE, ORDERED AND ADJUDGED AS FOLLOWS:

1. All of the right, title, and interest of the defendant, Leroy K. Manuel, in and to the following property is hereby forfeited to the UNITED STATES OF AMERICA:

### PERSONAL PROPERTY

One (1) Bryco Arms pistol, Model 48, .380 caliber, serial number 838375;

2. The United States Attorney is directed to commence the ancillary proceeding required by Title 21, United States Code, Section 853(n), by submitting for publication to the United States Marshal and/or the Department of the Treasury, the proper notice issued by the Clerk, and the United States Marshal and/or the Department of the Treasury shall cause such notice to be published once a week for three consecutive weeks in the **Clarion Ledger**, a newspaper published in Hinds County, Mississippi and/or on an official government internet forfeiture website, (www.forfeiture.gov).

3. Further, pending completion of said ancillary proceeding or further order of the Court, the Marshal, the Department of the Treasury, or any other federal law enforcement agency is directed to forthwith take and/or maintain possession of the above-described property.

4. By signing this document the defendant, **Leroy K. Manuel**, acknowledges that the findings made herein are correct and that he is in agreement therewith and with the adjudications made hereby.

SO ORDERED AND ADJUDGED this 31st day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE

APPROVED,

_____
Erin O. Chalk, Assistant U.S. Attorney

_____
Leroy K. Manuel, Defendant

_____
Abby Brumley, Esq.
Attorney for Leroy K. Manuel