IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.  3:08cr20WHB-LRA

LEROY K. MANUEL

## ORDER OF DISMISSAL
## COUNT 2

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against the defendant, LEROY K. MANUEL, without prejudice.

DUNN LAMPTON
United States Attorney

Date:   July 31, 2008              By:   s/ Erin O. Chalk
                                         Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Count 2.

ORDERED this the 6th day of August, 2008.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE